# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0085.  JOHN CURRY v. THE HONORABLE C. ANDREW FULLER, JUDGE et al.**

"[T]he writ of mandamus is an extraordinary remedy available in limited circumstances to compel action by a public officer when there is no other adequate legal remedy." *Rabun County v. Mountain Creek Estates*, 280 Ga. 855, 857-858 (1) (632 SE2d 140) (2006); see OCGA § 9-6-20. Here, Curry fails to make a showing that he is entitled to relief. Accordingly, Curry's petition for writ of mandamus is DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/24/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*